ANDRÉ BIROTTE JR.
United States Attorney                                    JS-6
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANNABELLE J. YANG, C.S.B.N. 276380
Special Assistant United States Attorney

     Social Security Administration, Region IX
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone (415) 977-8946
     Facsimile (415) 744-0134
     E-mail: annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHIMUEL SHIRAZIE,                           )
                                            )
          Plaintiff,           )
                                            )
      v.                            )   Case No. 2:12-CV-08383-CAS-RNB
                                            )
                                            )   [PROPOSED]
                                            )   JUDGMENT
CAROLYN W. COLVIN,                          )
Acting Commissioner[1]                      )
of Social Security,                         )
          Defendant.           )
                                            )
_____           )

     The Court having approved the parties' stipulation to reopen this case for the

purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: September 4, 2013

                         _____
                         CHRISTINA A. SNYDER
                         UNITED STATES DISTRICT JUDGE

Presented by:

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).